**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7742**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ALLAH BURMAN, a/k/a A,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
James K. Bredar, Chief District Judge. (1:01-cr-00115-JKB-5; 1:20-cv-03003-JKB)

Submitted: October 14, 2021              Decided: January 11, 2022

Before GREGORY, Chief Judge, RICHARDSON, Circuit Judge, and SHEDD, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Allah Burman, Appellant Pro Se. Lauren Elizabeth Perry, OFFICE OF THE UNITED
STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allah Burman appeals the district court's order construing his petition for writ of habeas corpus as a successive 28 U.S.C. § 2255 motion and dismissing it without prejudice for failure to obtain pre-filing authorization from this Court.[*]  We have reviewed the record and find no reversible error.  Accordingly, we deny Burman's pending motions and affirm for the reasons stated by the district court.  *See United States v. Burman*, No. 1:01-cr-00115-JKB-5 (D. Md. Oct. 20, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny a certificate of appealability as unnecessary.  *See Harbison v. Bell*, 556 U.S. 180, 183 (2009); *Fontanez v. O'Brien*, 807 F.3d 84, 86 (4th Cir. 2015); *United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015).